UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  CR00-253- MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| MICHAEL SEAN MEEHAN. | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on February 9, 2007.  The United States was represented by AUSA Vincent T. Lombardi and the defendant by Peter Mazzone.  The proceedings were digitally recorded.

Defendant had been sentenced on or about October 23, 2000 by the Honorable Marsha J. Pechman on a charge of Bank Fraud, and sentenced to 18 months custody, five years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant not possess any firearms, submit to mandatory drug testing, participate in substance abuse treatment, abstain from alcohol, submit to search, participate in a mental health program,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01  pay restitution in the amount of $114,240.76, provide access to financial information, not incur
02  new credit obligations, and not possess any identification documents in any but true identity. (Dkt.
03  29.).
04        In an application dated October 23, 2001 (Dkt. 33), U.S. Probation Officer Scott A.
05  Henderson alleged the following violations of the conditions of supervised release:
06        1.    Failing to report to the probation officer within 72 hours of being released from the
07  Bureau of Prisons, in violation of the general condition of supervision requiring that the defendant
08  report, in person, to the probation office in the district which the defendant is released within 72
09  hours of release from custody of the Bureau of Prisons.
10        2.    Failing to notify the probation officer of any change in employment or residence,
11  in violation of standard condition No. 6.
12        On December 10, 2004, the warrant for arrest previously issued was quashed and
13  superceded by a new warrant. (Dkt. 36.)
14        Defendant was advised in full as to those charges and as to his constitutional rights.
15        Defendant admitted the alleged violations and waived any evidentiary hearing as to
16  whether they occurred. (Dkt.43.).
17        I therefore recommend the Court find defendant violated his supervised release as alleged,
18  and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be
19  set before Judge Pechman.
20  / / /
21  / / /
22  / / /

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

Pending a final determination by the Court, defendant has been detained.

DATED this 9th day of February, 2007.

                                        */s/ Mary Alice Theiler*
                                        Mary Alice Theiler
                                        United States Magistrate Judge

cc:    District Judge:           Honorable Marsha J. Pechman
       AUSA:                     Vincent T. Lombardi
       Defendant's attorney:    Peter Mazzone
       Probation officer:       Brian Rogers

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3